## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRYAN SUHOSKEY,

    Petitioner

    v.

LANKENAU HOSPITAL, LANKENAU
HEART GROUP AND SCOTT M.
GOLDMAN, M.D.,

    Respondents

: No. 613 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.